**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF PUERTO RICO**

IN RE:

**HARAS SANTA ISABEL, INC.**                    CASE NO. 10-06672(MFC)

Debtor                            CHAPTER 11

**OBJECTION TO CRIM'S PROOF OF CLAIM NUMBER 9**

**TO THE HONORABLE COURT:**

COMES NOW Debtor through its undersigned counsel and very respectfully states and requests:

1.      On July 27, 2010, Debtor filed a voluntary petition for relief pursuant to 11 U.S.C. Chapter 12, which was converted to a Chapter 11 case on September 27, 2010.

2.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334.  This matter is a core proceeding pursuant to 28 U.S.C. 157 (b)(2).

3.      The statutory predicates for the relief sought herein are Sections 102, 105 and 502 of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy procedure.

4.      This Court set November 23, 2010, as the deadline for filing proof of claims for creditors other than governmental entities, the bar date for which was fixed as January 23, 2011.

5.      Prior to the commencement of the case Debtor maintained, in the ordinary course of business, books and records that reflected, among other things, liabilities and the amounts thereof owed to its creditors.   Debtor has conducted a

**Haras Santa Isabel, Inc.**                                                                                     Case No. 10-06672(MFC)
*Objection to Proof of Claim No. 9*                                                                                             Page 2

review of the Proof of Claims and of its books and records, and has determined that

certain of the claims asserted against Debtor are objectionable.  Therefore, Debtor

objects to the allowance of the claim listed below as follows:

| POC # | Claimant | Total Amount Claimed | Classification of claim by Claimant | Amount Expected to be Allowed | Reason for Objection |
|---|---|---|---|---|---|
| 9 | CRIM | $6,084.73 | Priority | $0.00 | Debtor has been certified by the Puerto Rico Department of Agriculture as a bona-fide farmer, and pursuant to the Puerto Rico Agriculture Tax Incentives Act, Debtor's operations qualify for a 90% income tax exemption and 100% exemption from Property and Municipal Taxes.<br><br>Therefore, Debtor does not owe any property taxes and this Proof of Claim must be disallowed. |

## NOTICE

Within thirty (30) days after service as evidenced by the certification, and an

additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by

mail, any party against whom this objection has been served, or any other party to

the action who objects to the relief sought herein, shall serve and file an answer or

other appropriate response to this objection with the Clerk's office of the U.S.

Bankruptcy Court for the District of Puerto Rico. If no answer or other response is

filed within the time allowed herein, the objection will be deemed unopposed and

may be granted unless: (i) the requested relief is forbidden by law; (ii) the

requested relief is against public policy; or (iii) in the opinion of the Court, the

interest of justice requires otherwise.

**WHEREFORE**, it is respectfully prayed that the above objection be granted.

**CERTIFICATE OF SERVICE:**   I hereby certify that on this same date, I

electronically filed the foregoing with the Clerk of the Court using the CM/ECF

**Haras Santa Isabel, Inc.**                                          Case No. 10-06672(MFC)
*Objection to Proof of Claim No. 9*                                                      Page 3

system, which will send notification of such filing to the Assistant US Trustee and

to all CM/ECF participants, and by regular mail to **CRIM,** PO Box 195387, San

Juan, PR 00919-5387.

　　　San Juan, Puerto Rico, this 20th day of April, 2011.

　　　　　　　　　　　　　　　　*s/***CHARLES A. CUPRILL-HERNANDEZ**
　　　　　　　　　　　　　　　　**USDC-PR 114312**
　　　　　　　　　　　　　　　　Charles A. Cuprill, P.S.C. Law Offices
　　　　　　　　　　　　　　　　356 Fortaleza Street, Second Floor
　　　　　　　　　　　　　　　　San Juan, Puerto Rico 00901
　　　　　　　　　　　　　　　　Tel:  787-977-0515
　　　　　　　　　　　　　　　　Fax:  787-977-0518
　　　　　　　　　　　　　　　　E-mail:  ccuprill@cuprill.com